UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**KELVIN MILLER,** )<br>)<br>Defendant. ) | No. 4:07CR145-DJS |

### ORDER

Upon careful consideration and upon de novo review of the evidentiary record and of the issues presented, the Court finds no error in the magistrate judge's findings of fact and legal analysis. Accordingly,

**IT IS HEREBY ORDERED** that defendant's objections to the report and recommendation of the United States Magistrate Judge [Doc. #19] are overruled. The report and recommendation [Doc. #17], and the supporting memorandum [Doc. #16], are accepted and adopted in their entirety.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements and evidence and to dismiss the indictment [Doc. #13] is denied.

Dated this   29th   day of May, 2007.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE